**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

*Attorneys for Plaintiff*
MICHAEL MIGLOZZI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MIGLOZZI, | **Case No. 2:15-cv-04000-FMO-JEM** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| CAPITAL ONE BANK, N.A.; and DOES 1-10, inclusive, | |
| Defendants. | |

NOW COMES Plaintiff, MICHAEL MIGLOZZI, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as

expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

Date: August 26, 2015        **MARTIN & BONTRAGER, APC**

/s/ Nicholas J. Bontrager
G. Thomas Martin, III, Esq.
Nicholas J. Bontrager, Esq.
*Attorney for Plaintiff*
MICHAEL MIGLOZZI

1

2 **PROOF OF SERVICE**

3 I filed electronically on this 26th day of August, 2015, **NOTICE OF**

4 **SETTLEMENT**, with:

5

6 United States District Court CM/ECF system
Notification sent electronically on this 12th day of August, 2015, to:

7

8 Connie Y Tcheng    ctcheng@dollamir.com

9 Hunter R Eley    heley@dollamir.com

10

11 This 26th day of August, 2015

12

13 s/Nicholas J. Bontrager

14 Nicholas J. Bontrager

15

16

17

18

19

20

21

22

23

24

25

26

27

28