JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MIGLOZZI,<br><br>   Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.; and DOES 1-10, inclusive,<br><br>   Defendant(s). | Case No. 2:15-cv-04000-PJW<br><br>*Assigned to Courtroom 23*<br>*Magistrate Judge Patrick J. Walsh*<br><br>**ORDER DISMISSING DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE**<br><br>Complaint Filed:  May 28, 2015<br>Trial Date:   TBA |

DOLL AMIR & ELEY LLP

# ORDER

THIS CAUSE is before the Court upon the stipulation by and between Plaintiff Michael Migliozzi and Defendant Capital One Bank (USA), N.A., erroneously sued as "Capital One Bank, N.A.," to dismiss the above-captioned action with prejudice.

GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

The action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
The Honorable Patrick J. Walsh
United States Magistrate Judge